IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:96CR00205-01 JLH
(Related Case No. 4:07CV00503 JLH)

CLARENCE EDGAR GUTHRIE

## JUDGMENT

Pursuant to the Opinion entered separately today, the motion filed by Clarence E. Guthrie pursuant to 28 U.S.C. § 2255 is dismissed with prejudice.

IT IS SO ORDERED this 18th day of May, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE